IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRISTOPHER DON BLOUNT             PLAINTIFF

v.          Civil No. 07-5046

SGT. ECHOLS; PVT. CARLTON;
LT. CARTER; and CAPTAIN
HUNTER PETRAY, all of the
Benton County Detention Center            DEFENDANTS

## **ORDER**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **August 31, 2007**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 31st day of May 2007.

/s/ *J. Marschewski*
     HON. JAMES R. MARSCHEWSKI
     UNITED STATES MAGISTRATE JUDGE