IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


CHRISTOPHER DON BLOUNT                                                    PLAINTIFF

                    v.                    Civil No. 07-5046

SGT. ECHOLS; PVT. CARLTON;
LT. CARTER; and CAPTAIN
HUNTER PETRAY, all of the
Benton County Detention Center                                           DEFENDANTS


## O R D E R

Defendants filed a motion for summary judgment (Doc. 14).  To assist plaintiff in responding to the motion for summary judgment, the undersigned is propounding a questionnaire.  The court will consider plaintiff's response to the questionnaire in issuing a report and recommendation on the motion for summary judgment.

For this reason, Christopher Don Blount is hereby directed to complete, sign, and return the attached response to defendants' motion for summary judgment on or before **August 4, 2008**. **Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 9th day of July 2008.


/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


CHRISTOPHER DON BLOUNT                                                        PLAINTIFF

                    v.                          Civil No. 07-5046

SGT. ECHOLS; PVT. CARLTON;
LT. CARTER; and CAPTAIN
HUNTER PETRAY, all of the
Benton County Detention Center                                               DEFENDANTS

### RESPONSE TO SUMMARY JUDGMENT MOTION

TO:  CHRISTOPHER DON BLOUNT

        These questions and answers will serve as your response to defendants' motion for

summary judgment.  You may use additional sheets of paper in responding to these questions.

You must file this response by **August 4, 2008.**

        1.  You were booked into the Benton County Detention Center (BCDC) on August

17, 2006, on violations of the Arkansas Hot Check Law and a failure to appear charge.

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

        If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at

pages 1-2.

_____

_____

_____

_____

        2.  Were the pending criminal charges the sole reason you were incarcerated?

-2-

Answer:  Yes _____ No _____.

If you answered no, please state if your probation or parole had been violated or if you were serving a sentence.

_____

_____

_____

_____

3. You were given a copy of the Benton County Inmate Rights which states that each inmate is to be provide freedom of religion, including the exercise of religious beliefs, so long as that religious expression does not create a potential order or security problem.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at page 3.

_____

_____

_____

_____

4.   You completed a medical questionnaire at the time of intake and indicated you had no health problems.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 1.

_____

_____

_____

_____

    5.  Your personal property was inventoried at the time of intake.  You had no

religious books or items on you at the time of intake.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at

    page 4.

_____

_____

_____

_____

    6.  On August 29, 2006, you were arrested for rape and served with a warrant.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at

    page 5.

_____

_____

_____

_____

    7.  On February 14, 2007, Sgt. Echols reported that the inmates doors were opened at

0600 or 6:00 a.m. for the inmates to clean their cells and dayroom.  Their cells were to be closed if they were not cleaning.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at pages 2-5.

_____

_____

_____

_____

8.  At about 0630 or 6:30 a.m., Echols noticed there were four cells in D-150, three cells in D-149, and one cell in D-154 that were unlocked and slightly open.  Echols called into the pod and announced that anyone caught in their cells not cleaning would be locked down.  No one exited the open cells in any of the pods.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 3.

_____

_____

_____

_____

9.  Deputy Carlton was assigned to D-pod.  He was ordered by Echols to enter D-150 and shut the doors of the inmates who were still in their cells and not cleaning.  Carlton went

-5-

to the top tier and closed cell 226 with Inmate Juan Camacho in it.  Echols shut cell 133 with David Yates and John Smallwood in it.  Yates was sitting on his bunk and Smallwood was writing a letter.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 3.

_____

_____

_____

_____

10.  Echols next locked inmate Carlos Vega in his cell.  Vega was on his bunk in cell 134.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 3.

_____

_____

_____

_____

11.  Echols next shut cell 139 with David Hernandez-Estrada because he was not cleaning.  Echols then exited the pod.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

-6-

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 3.

_____

_____

_____

_____

12.   They went to D-149 and Carlton went to the top tier.  Inmate Robert Mix was in cell 232 and was not cleaning.  Mix told Carlton cell 232 was not his cell that he was housed in cell 230.  Mix was ordered back to his cell and to close the door.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 4.

_____

_____

_____

_____

13.   Inmate Thatcher was also in cell 232.  He was housed in cell 236.  Thatcher was also ordered to go to his cell and shut his door.  You were in cell 232.  Your door was shut because Blount you were not cleaning.  All three inmates Mix, Thatcher, and you had been standing around talking to each other when they were separated and locked down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

AO72A
(Rev. 8/82)

page 4.

_____

_____

_____

_____

14.   Echols and Carlton went to D-154 and to cell 170 because it was the only cell door still open.  Inmate Chuck Howell was lying on the top bunk.  Echols shut his door and exited the pod.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 4.

_____

_____

_____

_____

15.   Carlton and Echols entered D-150 to pull the mats of the inmates being locked down.  Inmate Hernandez-Estrada approached Echols.  When he was told to go stand by his cell door he refused.  Echols took him by the right arm and escorted him to the cell door. Carlton allowed the inmates to gather their personal belongings from their cells and escorted them to E-103 for lock-down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

-8-

page 4.

_____

_____

_____

_____

16.  Echols and Carlton then went back to D-149 to pull the inmates' mats that were

being locked down.  The mats, sheets, blankets, towels, and books were being removed from

the inmates' cells.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 4.

_____

_____

_____

_____

17.  Carlton took your mat, sheet, blanket, and books.  Carlton picked up your Bible

to search it for contraband.  You began to yell at Echols and Carlton and threaten them with a

lawsuit if they took your Bible or Book of Mormon.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 4 at

page 2.

_____

-9-

_____

_____

_____

18.  Echols told you repeatedly to calm down.  She stated she would check to see if you could keep both books.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 4 at page 2 & page 4.

_____

_____

_____

_____

19.  You were cursing and yelling.  Echols told you to calm down and put your mat outside your door.  You refused her order.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 4.

_____

_____

_____

_____

20.  Carlton took a hold of your left arm and told you to cooperate.

-10-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 4.

_____

_____

_____

_____

21.  Echols told you she did not believe you could keep both books but that she would

check with command staff when the arrived.  You were ordered to drop to your knees and

keep your hands on the wall.  Echols had to remind you to keep your hands on the wall

multiple times.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 4.

_____

_____

_____

_____

22.  On one occasion, you removed your hands from the wall and turned to face

Echols.  She attempted to gain control of your right arm and was unsuccessful.  She

administered pressure to your right mandibular angle pressure point in an attempt to receive

compliance.

-11-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 4.

_____

_____

_____

_____

23.  You continued to yell and curse at Echols.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 4.

_____

_____

_____

_____

24.  You continually said Echols was violating your religious rights.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 4.

_____

_____

_____

AO72A
(Rev. 8/82)

25.  Echols told you that you could have both books until she heard otherwise.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 4.

_____

_____

_____

_____

26.  Echols explained that lock-down inmates are allowed one religious book.  Echols

then exited the cell.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 4.

_____

_____

_____

_____

27.  Once Echols exited the cell you called her a "fat b----."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 4.

_____

_____

_____

_____

28.  You stated that she was "going to get it."

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 4.

_____

_____

_____

_____

29.  You reminded Echols that you had a pending lawsuit against the jail.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 4.

_____

_____

_____

_____

30.  Echols stated you were still expected to follow the rules.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

AO72A
(Rev. 8/82)

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 4.

_____

_____

_____

_____

31.  Echols and Carlton pulled the rest of the mats from inmates being locked down.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 2 & page 4.

_____

_____

_____

_____

32.  Echols and Carlton entered D-154 and moved Inmate Howell to a cell by himself. They removed his mat, sheet, blanket, towel, and books from his cell.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 4.

_____

_____

_____

-15-

_____

33.  Lt. Carter arrived at the jail.  Echols asked him whether you could keep both the

Book of Mormon and a Holy Bible.  Carter said you would have to choose between the two

books.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 4.

_____

_____

_____

_____

34.  Echols and Carlton came back to your cell and told you to choose either the Bible

or the Book of Mormon because Lt. Carter said you could only keep one.  You refused.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 2 and page 4.

_____

_____

_____

_____

35.  Echols ordered you multiple times to choose because you could only keep one.

You refused and said you would file a lawsuit.

-16-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 4.

_____

_____

_____

_____

36.   Echols removed the Bible due to the fact that you had previously complained you had been denied your Book of Mormon.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 2 and page 4.

_____

_____

_____

_____

37.  Echols and Carlton left your cell without further incident.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 2.

_____

_____

-17-

_____

_____

38.   On February 14, 2007, you submitted a grievance stating you had been kicked in the back by the jail staff.  You said it was wrong for them to put you on lock-down for praying in your cell with your Book of Mormon and Bible.  You said Sgt. Echols and Deputy Carlton came into your cell and took your Bible telling you that they didn't care about your religious rights or religion.  In response, on February 15th, Captain Petray wrote that he had talked to you yesterday concerning your Bible and you had not said anything about being kicked at that time.  However, he said he would look into your complaint.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 3 at page 1.

_____

_____

_____

_____

39.   You submitted a second grievance/request on February 14, 2007, in which you listed the nature of the complaint as "bruising-swelling."  You stated you had notified the doctor there that you needed pictures taken of Sgt. Echols and Deputy Carlton's malicious acts of abuse against you.  You stated you had bruises on your face, back, and arms and needed pictures taken immediately.  In response, on February 15th, Captain Petray wrote that he would have the sergeant check on this for you.

-18-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 3 at page 2.

_____

_____

_____

_____

40.  On February 15th Captain Petray asked Sgt. Sharp to check into your allegations that you had been beaten up by Sgt. Echols and Deputy Carlton and had bruises on your face, arms and back.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 4 at page 1.

_____

_____

_____

_____

41. Sgt. Sharp went to D-pod on February 17th and had Corporal Bryson call you out of D-149.  When you arrived in pod control, Sharp asked you to show him your bruises.  You showed Sharp an area around your right eye.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 4 at

-19-

page 1.

_____

_____

_____

_____

42(a).  Sharp saw no visible marks around your eye.  Sharp also looked at both your arms and your back.  Sharp saw no indication of any scratches or bruising.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 4 at page 1.

_____

_____

_____

_____

(b).  You were seen by the doctor on February 14, 2007, and treated for a rash with benadryl.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 2 at page 5.

_____

_____

_____

-20-

---

43(a).   You were charged with refusing to obey the order of a deputy as a result of your conduct on February 14, 2007.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

---

---

---

---

(b).  You were found guilty and given ten days lock-down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

---

---

---

---

(c).  You appealed and the decision was affirmed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

---

---

---

-21-

_____

_____

(d).  Lt. Carter performed the duties of lock-down appeal on February 16, 2007.  He

interviewed you.  You stated you had been assaulted by Echols when she confronted you

about not following the order to vacate the cell and come to the dayroom.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(e).  Carter recalled that Echols advised him that you had been placed on disciplinary

status and were requesting to keep a Bible and Book of Mormon.  Carter advised Echols to

have you choose which of the two books you wanted to keep.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(f).  You told Carter that Carlton and Echols came back to your cell and ordered you

to the back of the cell.  You indicated all you wanted was your Bible.  Echols responded that

-22-

you could have one religious book while on disciplinary lockdown.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(g).  You told Echols you wanted both a Bible and Book of Mormon.  You told Carter that when you raised your arm and pointed at the books Carlton grabbed your arm and placed you against the wall and Echols pinned your head against the wall and told you to face the wall.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(h).  You denied having called Echols any names.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

-23-

_____

_____

(i).  How long did you go without your Bible and Book of Mormon?

Answer:

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(j).  Carter interviewed Inmate Mitchell as part of the appeal process.  Mitchell reported that Echols and Carlton instructed you to be quiet or you would be locked down for not coming out of your cell when instructed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(k).  Mitchell did not witness the officers strike you at any time.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain

-24-

_____

_____

_____

_____

(l).  Mitchell heard the officers tell you that you would get to keep one religious book while on disciplinary lock-down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(m).  Carter also interviewed Inmate Fuller who heard the announcement for inmates to get out of their cells two times.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(n).  Fuller stated that you cursed Echols and said you were "******* praying."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-25-

If you disagree, explain.

_____

_____

_____

_____

     (o).  Carter concluded after the interviews he conducted there was insufficient

evidence that you had been assaulted.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.

_____

_____

_____

_____

     (p).  Carter concluded there was sufficient evidence to indicate you disregarded

multiple orders which interfered with the orderly operation of the jail.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.

_____

_____

_____

_____

-26-

44.   Do you contend Echols used excessive force against you?

Answer:  Yes _____ No _____.

If you answered yes, please explain in detail the physical force she used against you

and any injuries you received as a result of her use of force.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-27-

_____

_____

45.  Do you contend Carlton used excessive force against you?

Answer:  Yes _____ No _____.

If you answered yes, please explain in detail the physical force she used against you and any injuries you received as a result of her use of force.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-28-

_____

_____

_____

_____

46(A).  You requested a copy of your medical records on February 26, 2007, and also requested cream for your feet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(B).  You received cortisone cream.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 15.

_____

_____

_____

_____

47.  On March 8, 2007, you requested that your personal property be released.  You were told someone needed to come up and get your property.

-29-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

48.   On March 10, 2007, you submitted a request stating your cell-mate Robert Mix was close to trial and had talked about suicide.  In response, Echols stated she would look into the matter.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

49.   On March 18, 2007, Deputy Grant reported that another inmate said the inmates in D-149, Cell 232 were keeping medication in a legal envelope.  Deputies Villalpando and Grant searched the cell and found green capsules in a legal envelope belonging to you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

-30-

_____

_____

50.   You were locked down for storing medication.

Agree_____   Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.


_____

_____

_____

_____

51.  On March 18th you received a disciplinary hearing on the storing or hoarding

medication charge and received ten days lock-down and loss of privileges.

Agree_____   Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.


_____

_____

_____

_____

52.   You said the medication was not yours but the disciplinary finding was upheld

on appeal.

Agree_____   Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.


_____

AO72A
(Rev. 8/82)

_____

_____

_____

53.  On March 20th you submitted a request stating that you had letters to be placed in your personal property.  In response you were told to put them in an envelope and write personal property on the envelope and give them to a pod deputy.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

54.   On March 30th you complained of ear pain and were to see the doctor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

55.  On April 6, 2007, you were given the opportunity to see the doctor but refused doctor call.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-32-

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 5.

_____

_____

_____

_____

56.  You were released from the BCDC on May 2, 2007.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

57.   You never filed a grievance about being denied access to a copy of the Pearl of Great Price and the Doctrines and Covenants.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please attach a copy of the grievance you filed.  If you do not have a copy, please state what day you filed the grievance, who you submitted it to, and what response you received.

_____

_____

_____

-33-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     58.   You never submitted a grievance about being denied access to the Book of

Mormon.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please attach a copy of the grievance you

filed.  If you do not have a copy, please state what day you filed the grievance, who

-34-

you submitted it to, and what response you received.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

59.  While incarcerated at the BCDC you were able to worship and follow the dictates of your religion.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

-35-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

60.  Please explain in detail how you believe Lt. Carter violated your constitutional

rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

61.   Please explain in detail how you believe Captain Petray violated your federal

constitutional rights.

Answer:

_____

_____

-37-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

62.  You were able to pray or worship while at the BCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

63.  If one or more of the defendants interfered with your ability to worship, please identify each defendant by name and state in detail how he or she interfered with your ability to worship.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-39-

-40-

_____

_____

      Detail below any further response you would like to make to defendants' motion for

summary judgment.  If you have any exhibits you would like the court to consider, you may

attach them to this response.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-41-

_____

_____

_____

_____

_____

_____

     I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

     EXECUTED ON THIS _____ DAY OF _____ 2008.

_____

CHRISTOPHER DON BLOUNT

AO72A
(Rev. 8/82)