```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

CHRISTOPHER DON BLOUNT                                    PLAINTIFF

          v.                Civil No. 07-5046

SGT. ECHOLS; PVT. CARLTON;
LT. CARTER; and CAPTAIN
HUNTER PETRAY, all of the
Benton County Detention Center                            DEFENDANTS

## ORDER

Now on this 24th day of September, 2008, comes on for consideration the **Report and Recommendation** issued by the Honorable James Marschewski, United States Magistrate Judge for the Western District of Arkansas, (Doc. 22), to which there are no objections. The Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

IT IS THEREFORE ORDERED that **defendants' motion for summary judgment (document #14)** should be **granted in part** and **denied in part** as follows:

   \*   the motion is granted with respect to the plaintiff's excessive force and retaliation claims; and

   \*   the motion is denied with respect to the plaintiff's claim that his religious rights under the Free Exercise Clause of the First Amendment were violated.

IT IS SO ORDERED.

                                           /s/ Jimm Larry Hendren
                                          **JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**